**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-22-0000733**
**28-MAR-2024**
**08:08 AM**
**Dkt. 41 OAWST**

NO. CAAP-22-0000733


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


WDI INTERNATIONAL, INC., Plaintiff-Appellee,
v.
GEN HAWAII LLC, GEN MASTER LLC, and DAVID KIM,
Defendants/Counterclaim Plaintiffs-Appellants;
GEN KAPOLEI, LP, GEN DEVELOPMENT, LLC, GEN MAUI, LP,
Defendants-Appellants;
and
DOES 1 THROUGH 50, inclusive, Defendants


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CCV-22-0000777)


ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Wadsworth, Presiding Judge, McCullen and Guidry, JJ.)

Upon consideration of the Stipulation for Dismissal of

Appeal With Prejudice (**Stipulation**), filed March 1, 2024, by

Defendants/Counterclaim Plaintiffs-Appellants Gen Hawaii LLC,

Gen Master LLC, and David Kim, and Defendants-Appellants Gen

Kapolei, LP, Gen Development, LLC, and Gen Maui, LP, the papers

in support, and the record, it appears that: (1) the appeal has

been docketed and filing fees paid; (2) the Stipulation is dated and signed by counsel for all parties appearing in this appeal; (3) the parties agree to dismiss the appeal with prejudice, and that each party shall bear their own attorneys' fees and costs incurred on appeal; and (4) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawaiʻi, March 28, 2024.

/s/ Clyde J. Wadsworth
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge